JOSEPH ROMMELL, PLAINTIFF-RESPONDENT, v. UNITED STATES STEEL CORPORATION, DEFENDANT-RESPONDENT, COMMERCIAL CONTRACTING CORPORATION, DEFENDANT-PETITIONER.

See same case below: 66 *N. J. Super.* 30.

*Messrs. Lenox, Giordano & Lenox* and *Mr. Richard J. S. Barlow, Jr.,* for the defendant-petitioner.

*Messrs. Stryker, Tams & Dill, Mr. Burtis W. Horner* and *Mr. William T. Sutphin* for the defendant-respondent.

May 15, 1961. Denied.

HANNA TRITSCHLER, PETITIONER-PETITIONER, v. MERCK & COMPANY, INC., RESPONDENT-RESPONDENT.

See same case below: 66 *N. J. Super.* 116.

*Mr. Aaron Gordon* for the petitioner.

*Messrs. Schreiber, Lancaster & Demos* for the respondent.

May 15, 1961. Denied.